| TO:  **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION ON APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

( ) ACTION          ( ) APPEAL

DOCKET NO:          DATE FILED:          COURT NAME AND LOCATION
3:16-cv-01393-EDL    March 22, 2016       United States District Court
                                          Northern District of California
                                          450 Golden Gate Avenue
                                          San Francisco, CA 94102

PLAINTIFF:                               DEFENDANT:
Oracle America, Inc.                     Hewlett Packard Enterprise Company

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1.See Complaint | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED        INCLUDED BY:
                     ( ) Amendment      ( ) Answer      ( ) Cross Bill      ( ) Other Pleading

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:                  WRITTEN OPINION ATTACHED:          DATE RENDERED:
( ) Order      ( ) Judgment      ( ) Yes      ( ) No

_Susan Y. Soong_
Susan Y. Soong, Clerk              (by) Deputy Clerk, Alfred Amistoso          Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy