UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>　　　　　Defendant. | Case No. 16-cv-01393-JST<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 35 |

Hewlett Packard Enterprise Company ("HPE") moves to file under seal portions of its Motion to Dismiss. ECF No. 35. HPE seeks to file under seal because non-party Terix Computer Co. ("Terix") has designated the material as confidential. Local Rule 79-5 requires that, within four days of the filing of the administrative motion to file under seal, Terix file a declaration establishing that the designated material is sealable. Terix failed to file a declaration in support of sealing within four days of the filing of HPE's motion on April 29, 2016. Should Terix not file its declaration by May 11, 2016, the Court will deny the motion to file under seal and HPE may file its Motion to Dismiss in the public record.

IT IS SO ORDERED.

Dated: May 4, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge