1  LATHAM & WATKINS LLP
       Christopher S. Yates (SBN 161273)
2      Christopher B. Campbell (SBN 254776)
       Meaghan P. Thomas-Kennedy (SBN 303578)
3  505 Montgomery Street, Suite 2000
   San Francisco, California  94111-6538
4  Telephone: 415.391.0600
   Facsimile:  415.395.8095
5  Email:  chris.yates@lw.com
           christopher.campbell@lw.com
6          meaghan.thomas-kennedy@lw.com

7  ORACLE CORPORATION
       Dorian Daley (SBN 129049)
8      Deborah K. Miller (SBN 95527)
   500 Oracle Parkway
9  M/S 5op7
   Redwood City, CA 94065
10 Telephone: 650.506.4846
   Facsimile: 650.506.7114
11 Email    dorian.daley@oracle.com
            deborah.miller@oracle.com
12

ORACLE CORPORATION
    Jeffrey S. Ross (SBN 138172)
10 Van de Graaff Drive
Burlington, MA 01803
Telephone: 781.744.0449
Facsimile: 781.238.6273
Email:   jeff.ross@oracle.com

Attorneys for Plaintiffs
Oracle America, Inc., and Oracle
International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; and DOES 1–50,<br><br>Defendants. | No.  16-cv-01393-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULING** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING CASE SCHEDULING
CASE NO. 16-cv-01393-JST

1    WHEREAS, the Court has not yet set a date for the initial case management conference in the above-captioned action;

WHEREAS, on April 29, 2016, Defendant Hewlett-Packard Enterprise Co. ("HPE") filed a Motion To Dismiss, Dkt. No. 34 ("Motion to Dismiss"), and noticed the Motion to Dismiss for hearing on June 30, 2016;

WHEREAS, on May 2, 2016, HPE filed an Administrative Motion to Schedule Case Management Conference, Dkt. No. 37 ("Administrative Motion");

WHEREAS, HPE and Plaintiffs Oracle America, Inc. and Oracle International Corporation (collectively, "Oracle") have further met and conferred regarding HPE's Administrative Motion, a date for the parties' conference pursuant to Federal Rule of Civil Procedure 26(f), and the hearing date for HPE's Motion to Dismiss;

NOW, THEREFORE, the parties hereby stipulate, and ask the Court to order, as follows:

1. HPE's Administrative Motion, Dkt. No. 37, is hereby withdrawn, without prejudice to HPE refiling the Administrative Motion if this stipulation is not accepted by the Court.

2. The parties shall hold their Rule 26(f) conference on May 31, 2016, at a time to be agreed upon between the parties.

3. The deadline for Oracle's opposition to HPE's Motion to Dismiss shall be extended to May 24, 2016.  The deadline for HPE's reply in support of its Motion to Dismiss shall be extended to June 10, 2016.

4. HPE's Motion To Dismiss shall be reset for hearing on July 14, 2016 at 2:00 p.m.

5. The initial case management conference shall be set either for July 14, 2016 (to occur after the hearing on HPE's Motion to Dismiss) ~~or, if the Court is not available to conduct the two proceedings on that date, for the first available case management conference date after June 17, 2016~~.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING CASE SCHEDULING
CASE NO. 16-cv-01393-JST

| | |
|---|---|
| Dated: May 5, 2016 | LATHAM & WATKINS LLP |
| | By: /s/ Christopher S. Yates |
| | Christopher S. Yates |
| | Attorneys for Plaintiffs |
| | Oracle America, Inc. and |
| | Oracle International Corporation |
| | |
| | GIBSON, DUNN & CRUTCHER LLP |
| | |
| | By: /s/ Blaine H. Evanson |
| | Blaine H. Evanson |
| | Attorneys for Defendant |
| | Hewlett Packard Enterprise Company. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: May 6, 2016

IT IS SO ORDERED
Judge Jon S. Tigar

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING CASE SCHEDULING
CASE NO. 16-cv-01393-JST

**ATTESTATION**

I, Christopher S. Yates, am counsel for Plaintiffs Oracle America, Inc. and Oracle International Corporation. I am the registered ECF user whose username and password are being used to file this stipulation and proposed order. In compliance with Local Rule 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.

Dated: May 5, 2016               LATHAM & WATKINS LLP

                                 By:   /s/ Christopher S. Yates
                                       Christopher S. Yates
                                       Attorneys for Plaintiffs
                                       Oracle America, Inc. and
                                       Oracle International Corporation

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING CASE SCHEDULING
CASE NO. 16-cv-01393-JST