1  JEFFREY T. THOMAS, SBN 106409
      jtthomas@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   3161 Michelson Drive
3  Irvine, CA  92612-4412
   Telephone: 949.451.3800
4  Facsimile:  949.451.4220

5  SAMUEL LIVERSIDGE, SBN 180578
      sliversidge@gibsondunn.com
6  BLAINE H. EVANSON, SBN 254338
      bevanson@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
8  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
9  Facsimile:  213.229.7520

10  [Additional counsel on signature page]

11  Attorneys for Defendant
    HEWLETT PACKARD ENTERPRISE COMPANY
12

**APPROVED**

*Jon S. Tigar*

Judge Jon S. Tigar

Dated:  June 27, 2016

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

17  ORACLE AMERICA, INC., a Delaware          CASE NO. 3:16-cv-01393-JST
    corporation; ORACLE INTERNATIONAL
    CORPORATION, a California corporation     **STIPULATION REGARDING ADR**
18                                            **PROCESS**
                        Plaintiffs,
19                                            Judge:      Judge Jon S. Tigar
           v.
20
    HEWLETT PACKARD ENTERPRISE
21  COMPANY, a Delaware corporation; and
    DOES 1-50,
22
                        Defendants.
23

24

25

26

27

28

Pursuant to Local Rule 16-8(c), the parties hereby stipulate and agree to participate in private mediation, and that such mediation would be productive at a date to be determined, after the court has ruled on the pending motion to dismiss and following meaningful discovery.  The parties will meet and confer to reach agreement on a deadline to participate in private mediation after the case schedule has been determined.

Dated:      June 23, 2016

GIBSON, DUNN & CRUTCHER LLP


By:  /s/            *Blaine H. Evanson*
               Blaine H. Evanson

Attorneys for Defendant
HEWLETT PACKARD ENTERPRISE COMPANY


Dated:      June 23, 2016

LATHAM & WATKINS, LLP


By:  /s/            *Christopher S. Yates*
               Christopher S. Yates

Attorneys for Plaintiffs
ORACLE AMERICA, INC. and
ORACLE INTERNATIONAL CORPORATION