UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  July 14, 2016                                                                     Judge:  Jon S. Tigar

Time:  42 minutes

Case No.      **3:16-cv-01393-JST**
Case Name     **Oracle America, Inc., et al. v. Hewlett Packard Enterprise Company**

Attorneys for Plaintiffs:        Christopher S. Yates
                                 Christopher B. Campbell
                                 Meaghan Thomas-Kennedy

                                 Appearing by telephone:
                                 Jeffrey S. Ross

Attorneys for Defendant:         Samuel G. Liversidge
                                 Blaine H. Evanson
                                 Joseph A. Gorman

Deputy Clerk:  William Noble                                     Court Reporter: Jo Ann Bryce

PROCEEDINGS

- Initial Case Management Conference
- Defendant Hewlett Packard Enterprise Company's Motion to Dismiss (ECF No. 44)

RESULT OF HEARING

1. Motion hearing held.  The motion is under submission.

2. The Court will issue a written scheduling order.

3. The parties may jointly file early motions in limine.

4. The parties may make a joint request for a further telephonic case management conference.

1