JEFFREY T. THOMAS, SBN 106409
  jtthomas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
Facsimile:  949.451.4220

SAMUEL LIVERSIDGE, SBN 180578
  sliversidge@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
  bevanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for Defendant
HEWLETT PACKARD ENTERPRISE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; and DOES 1-50,<br><br>Defendants. | CASE NO. 3:16-cv-01393-JST<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-2**<br><br>ACTION FILED: March 22, 2016 |

Gibson, Dunn & Crutcher LLP

WHEREAS, on July 15, 2016, the Court granted in part and denied in part Defendant Hewlett Packard Enterprise Company's ("HPE") motion to dismiss and granted Plaintiffs Oracle America, Inc. and Oracle International Corp. ("Oracle") 30 days, or until August 15, 2016, to amend their complaint, (ECF 65);

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(4)(A), HPE's answer to Oracle's current complaint is currently due on July 29, 2016;

WHEREAS, the parties have met and conferred and Oracle has indicated that it may file an amended complaint on or before August 15, 2016;

WHEREAS, HPE would then have to file a response to any amended complaint;

WHEREAS, the parties agree it would be more efficient for HPE to file a single response to the operative complaint rather than having to file a separate answer to the current complaint and response to any amended complaint;

THEREFORE, subject to the approval of the Court, the parties hereby stipulate that HPE shall have until the earlier of (i) 14 days following the date Oracle files its amended complaint, or (ii) August 29, 2016, to file its response to the operative complaint.

Pursuant to Local Rule 6-2, IT IS SO STIPULATED.


Dated: July 21, 2016

GIBSON, DUNN & CRUTCHER LLP


By:   /s/      *Blaine H. Evanson*
          Blaine H. Evanson

Attorneys for Defendant
HEWLETT PACKARD ENTERPRISE COMPANY

I hereby attest that all signatories to this stipulation concur in its filing.

Dated: July 21, 2016

                                              LATHAM & WATKINS, LLP

                                              By:   /s/   *Christopher B. Campbell*
                                                           Christopher B. Campbell

                                       Attorneys for Plaintiffs
                                       ORACLE AMERICA, INC. AND ORACLE
                                       INTERNATIONAL CORP.

## [PROPOSED] ORDER

Pursuant to Stipulation, it is SO ORDERED. Defendant Hewlett-Packard Enterprise Co.'s response to Oracle's operative complaint shall be due by the earlier of (i) 14 days following the date Oracle files its amended complaint, or (ii) August 29, 2016.

DATED: July 25, 2016



IT IS SO ORDERED
Judge Jon S. Tigar