LATHAM & WATKINS LLP
   Christopher S. Yates (SBN 161273)
   Christopher B. Campbell (SBN 254776)
   Meaghan P. Thomas-Kennedy (SBN 303578)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email:  chris.yates@lw.com
        christopher.campbell@lw.com
        meaghan.thomas-kennedy@lw.com

ORACLE CORPORATION
   Dorian Daley (SBN 129049)
   Deborah K. Miller (SBN 95527)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94065
Telephone: 650.506.4846
Facsimile: 650.506.7114
Email   dorian.daley@oracle.com
       deborah.miller@oracle.com

ORACLE CORPORATION
   Jeffrey S. Ross (SBN 138172)
10 Van de Graaff Drive
Burlington, MA 01803
Telephone: 781.744.0449
Facsimile: 781.238.6273
Email:  jeff.ross@oracle.com

Attorneys for Plaintiffs
Oracle America, Inc., and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation<br><br>           Plaintiffs,<br><br>   v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; and DOES 1–50,<br><br>           Defendants. | Case No. 16-cv-01393-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR ORACLE'S MOTION TO STRIKE HPE'S ANSWER** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR ORACLE TO MOVE TO STRIKE
CASE NO. 16-cv-01393-JST

WHEREAS, Defendant Hewlett-Packard Enterprise Co. ("HPE") filed its Amended Answer to Oracle's First Amended Complaint ("Answer") on September 14, 2016;

WHEREAS, Plaintiffs Oracle America, Inc. and Oracle International Corporation's (collectively, "Oracle") last day to move to strike all or some portion of HPE's Answer is October 11, 2016;

WHEREAS, Oracle and HPE and have agreed to extend Oracle's deadline to move to strike all or some portion of HPE's Answer and the deadline for HPE to oppose Oracle's motion;

NOW, THEREFORE, the parties hereby stipulate, and ask the Court to order, as follows:

1. Oracle shall have up to and including October 18, 2016 in which to file a motion to strike all or some portion of HPE's Answer.
2. HPE shall have up to and including November 8, 2016 in which to file its opposition to Oracle's motion.
3. Oracle shall have up to and including November 15, 2016 to file its reply in support of its motion to strike.

Dated: October 5, 2016         LATHAM & WATKINS LLP


                               By:   /s/ Christopher S. Yates
                                     Christopher S. Yates
                                     Attorneys for Plaintiffs
                                     Oracle America, Inc. and
                                     Oracle International Corporation


                               GIBSON, DUNN & CRUTCHER LLP


                               By:   /s/ Blaine H. Evanson
                                     Blaine H. Evanson
                                     Attorneys for Defendant
                                     Hewlett Packard Enterprise Company.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR ORACLE TO MOVE TO STRIKE
CASE NO. 16-cv-01393-JST

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 5, 2016

_____
Hon. Jon S. Tigar
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR ORACLE TO MOVE TO STRIKE
CASE NO. 16-cv-01393-JST

**ATTESTATION**

I, Christopher S. Yates, am counsel for Plaintiffs Oracle America, Inc. and Oracle International Corporation. I am the registered ECF user whose username and password are being used to file this stipulation and proposed order. In compliance with Local Rule 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.

Dated: October 5, 2016     LATHAM & WATKINS LLP

By:   /s/ Christopher S. Yates
      Christopher S. Yates
      Attorneys for Plaintiffs
      Oracle America, Inc. and
      Oracle International Corporation

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR ORACLE TO MOVE TO STRIKE
CASE NO. 16-cv-01393-JST