LATHAM & WATKINS LLP
   Christopher S. Yates (SBN 161273)
   Christopher B. Campbell (SBN 254776)
   Brittany N. Lovejoy (SBN 286813)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com
       christopher.campbell@lw.com
       brittany.lovejoy@lw.com

ORACLE CORPORATION
   Dorian Daley (SBN 129049)
   Deborah K. Miller (SBN 95527)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94065
Telephone: 650.506.4846
Facsimile: 650.506.7114
Email: dorian.daley@oracle.com
       deborah.miller@oracle.com

ORACLE CORPORATION
   Jeffrey S. Ross (SBN 138172)
10 Van de Graaff Drive
Burlington, MA 01803
Telephone: 781.744.0449
Facsimile: 781.238.6273
Email: jeff.ross@oracle.com

Attorneys for Plaintiffs
Oracle America, Inc., and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation<br><br>       Plaintiffs,<br><br>   v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; and DOES 1–50,<br><br>       Defendants. | CASE NO. 3:16-cv-01393-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY TO BE TAKEN AFTER THE FACT DISCOVERY DEADLINE** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY TO
BE TAKEN AFTER THE FACT DISCOVERY DEADLINE
CASE NO. 3:16-CV-01393-JST

1       WHEREAS, non-party BP America, Inc. ("BP") recently brought a motion for a protective order against the deposition subpoena issued by plaintiffs Oracle America Inc. and Oracle International Corporation (collectively, "Oracle") and, on August 25, 2017, Magistrate Judge Laporte ordered BP to present its designee under Rule 30(b)(6) for deposition no later than October 2, 2017. (*See* Dkt. No. 324);

      WHEREAS, in light of the circumstances surrounding Hurricane Harvey, which impacted BP's operations in Houston, Texas, BP requested, and Oracle has stipulated to, a continuance of the deposition to October 5, 2017 instead. (*See* Dkt. No. 331);

      WHEREAS, Oracle has served both document and deposition subpoenas on third parties ON Semiconductor ("ON Semi") and Charter Communications ("Charter"), however discovery into these customers will need to be completed shortly after the existing fact discovery deadline to accommodate those third-parties and their schedules, including significant unanticipated difficulties those non-parties have encountered gathering documents responsive to Oracle's subpoenas;

      WHEREAS, HPE has served both document and deposition subpoenas on third-party Gartner Inc. that Gartner Inc. has indicated cannot be completed before October 2, 2017 due to extenuating circumstances;

      WHEREAS, Oracle has requested the deposition of HPE employee Gary Olsen, for whom HPE has not yet identified a deposition date;

      WHEREAS, HPE has requested the deposition of Oracle employee Samuel Chan, who Oracle contends is not available for deposition until October 19, 2017;

      WHEREAS, HPE has subpoenaed for deposition former Oracle employee Miriam Wagner, who Oracle contends is not available for deposition until October 3, 2017;

      WHEREAS, Oracle has requested the deposition of former HPE employee Phillip Whitaker, that deposition has not yet been scheduled, and Oracle and HPE enter into this stipulation without prejudice to Oracle's right to seek relief with respect to Mr. Whitaker's deposition, including the ability to depose Mr. Whitaker after the close of discovery, or HPE's or Mr. Whitaker's right to oppose, on any ground, any such relief Oracle might seek;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY TO
BE TAKEN AFTER THE FACT DISCOVERY DEADLINE
CASE NO. 3:16-CV-01393-JST

1  WHEREAS, the parties stipulate that this agreement will not be used by either side as a basis to extend discovery for any other reason; neither party currently anticipates or has proposed extending the fact discovery cutoff for any reason, however both sides reserve their right to move to compel discovery in the time period allotted under Local Rule 37-3;

NOW, THEREFORE, the parties hereby stipulate and request that the Court order that the following exceptions be permitted to the October 2, 2017 fact discovery cutoff:

(i) Oracle's deposition of BP shall take place on October 5, 2017.

(ii) ON Semi and Charter's document production and depositions may be allowed to take place after October 2, 2017, but no later than October 20, 2017.

(iii) Gartner Inc.'s document production and deposition may be allowed to take place after October 2, 2017, but no later than October 20, 2017.

(iv) Oracle's deposition of Gary Olsen may be allowed to take place after October 2, 2017, but no later than October 20, 2017.

(v) HPE's deposition of Samuel Chan may be allowed to take place on October 19, 2017.

(vi) HPE's deposition of Miriam Wagner may be allowed to take place on October 3, 2017.

**IT IS SO STIPULATED.**

Dated: October 2, 2017            LATHAM & WATKINS LLP

                                  By:  /s/ Christopher S. Yates
                                       Christopher S. Yates
                                       Attorneys for Plaintiffs
                                       Oracle America, Inc. and
                                       Oracle International Corporation

Dated: October 2, 2017            GIBSON, DUNN & CRUTCHER LLP

                                  By:  /s/ Joseph Gorman
                                       Joseph Gorman
                                       Attorneys for Defendant
                                       Hewlett Packard Enterprise Company

///

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: October 3, 2017      By: _____
                            THE HONORABLE JON S. TIGAR
                            UNITED STATES DISTRICT JUDGE


**SIGNATURE ATTESTATION**

I, Christopher S. Yates, am the ECF User whose identification and password are being used to file the foregoing letter. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: October 2, 2017           LATHAM & WATKINS LLP

                                 By:   /s/ Christopher S. Yates
                                       Christopher S. Yates

                                       Attorneys for Plaintiffs
                                       Oracle America, Inc. and
                                       Oracle International Corporation