LATHAM & WATKINS LLP
   Christopher S. Yates (SBN 161273)
   Christopher B. Campbell (SBN 254776)
   Brittany N. Lovejoy (SBN 286813)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email:  chris.yates@lw.com
         christopher.campbell@lw.com
         brittany.lovejoy@lw.com

Attorneys for Plaintiffs
Oracle America, Inc., and Oracle
International Corporation

JEFFREY T. THOMAS, SBN 106409
   jtthomas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

SAMUEL LIVERSIDGE, SBN 180578
   sliversidge@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
   bevanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
Hewlett Packard Enterprise Co.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation<br><br>          Plaintiffs,<br><br>   v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; and DOES 1–50,<br><br>          Defendants. | CASE NO. 3:16-cv-01393-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER BY DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY AND PLAINTIFFS ORACLE AMERICA INC. AND ORACLE INTERNATIONAL CORPORATION TO TAKE LIMITED DISCOVERY AFTER THE FACT DISCOVERY DEADLINE** |

Plaintiffs Oracle America, Inc. and Oracle International Corporation (together "Oracle") and Defendant Hewlett Packard Enterprise Company ("HPE") (together, the "Parties") submit the following joint stipulation in response to the Court's October 16, 2017 order entered by Magistrate Judge Laporte concerning a Joint Discovery Letter Brief submitted by the Parties pursuant to Local Rule 37-3 (the "October 16 Order"):

WHEREAS, fact discovery in this matter closed on October 2, 2017 (ECF No. 312);

WHEREAS, Local Rule 37-3 permits the parties to submit motions to compel discovery "7 days after the discovery cut-off";

WHEREAS, on October 3, 2017, the Parties submitted a Joint Discovery Letter Brief wherein HPE sought to compel Oracle to produce documents and deposition testimony from Mark Hurd and Oracle sought to compel HPE to produce documents and deposition testimony from Meg Whitman (ECF No. 354);

WHEREAS, on October 16, 2017, Magistrate Judge Laporte issued an Order on the Parties' Joint Discovery Letter Brief (ECF No. 394);

WHEREAS, the October 16 Order requires Oracle to do the following: "Within two weeks, Oracle shall search the collection of Hurd documents described in the parties' joint letter brief and produce any non-privileged documents that result, with any redacted documents and a privilege log covering all redacted or withheld-in-full documents to follow shortly thereafter." (*id.*);

WHEREAS, the October 16 Order further requires Oracle to "produce Hurd for a deposition, on a date that is mutually acceptable to the parties. The deposition is limited to 4 hours and to Hurd's knowledge of customers' rationales for leaving or returning to Oracle. The parties should agree to extend the deposition if solid justification appears." (*id.*);

WHEREAS, the October 16 Order requires HPE to, "within one week, . . . produce the emails between Whitman and an HPE customer, referred to in the parties' joint letter brief at page 9, as originally exchanged." (*id.*);

WHEREAS, the aforementioned discovery ordered in the October 16 Order will take place after the discovery cutoff of October 2, 2017, and Judge Laporte instructed the Parties to "seek leave

of the District Judge to take this discovery after the fact discovery deadline." (*id.*);

WHEREAS, in light of Judge Laporte's October 16 Order, good cause exists to permit this limited discovery after the fact discovery cutoff;

WHEREAS, for the avoidance of doubt, the Parties are not proposing an extension of the fact discovery period; rather, the Parties are merely seeking this Court's approval to exchange discovery after the fact discovery cutoff as ordered by Judge Laporte, and as anticipated by the Local Rules;

WHEREAS, nothing in this stipulation shall be interpreted as any waiver of the Parties' rights to relief from Judge Laporte's October 16 Order;

NOW, THEREFORE, the parties hereby stipulate and request that the Court permit the Parties to exchange the discovery ordered by Judge Laporte in the October 16 Order by the dates set forth in that Order.

**IT IS SO STIPULATED.**

Dated: October 20, 2017          GIBSON, DUNN & CRUTCHER LLP

                                 By:  */s/ Samuel G. Liversidge*
                                      Samuel G. Liversidge
                                      Attorneys for Defendant
                                      Hewlett Packard Enterprise Company

Dated: October 20, 2017          LATHAM & WATKINS LLP

                                 By:  */s/ Christopher S. Yates*
                                      Christopher S. Yates
                                      Attorneys for Plaintiffs
                                      Oracle America, Inc. and Oracle International
                                      Corporation

**PURSUANT TO STIPULATION, IT IS SO STIPULATED.**

Dated: October 24, 2017          By: _____
                                     THE HONORABLE JON S. TIGAR
                                     UNITED STATES DISTRICT JUDGE