Daryl M. Crone (Cal. Bar No. 209610)
 daryl@cronehawxhurst.com
CRONE HAWXHURST LLP
11111 Santa Monica Boulevard, Suite 620
Los Angeles, California 90025
Telephone: (310) 893-5150
Facsimile:  (310) 893-5195

Attorneys for Plaintiffs
ORACLE AMERICA, INC. and
ORACLE INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; and DOES 1-50,<br><br>Defendants. | CASE NO. 3:16-cv-01393 JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE:  NON-PARTY DEPOSITION OF BETSY MCDEVITT** |

CRONE HAWXHURST LLP
11111 SANTA MONICA BOULEVARD, SUITE 620
LOS ANGELES, CALIFORNIA 90025
Tel: (310) 893-5150 • Fax: (310) 893-5195

1  WHEREAS, plaintiffs Oracle America Inc. and Oracle International Corporation (collectively, "Oracle") sought the deposition of non-party Charter Communications during the fact discovery period;

WHEREAS, Oracle represents that Oracle and Charter jointly identified former Charter employee Betsy McDevitt as an appropriate deponent with knowledge of facts relevant to this case, in lieu of testimony from Charter pursuant to Rule 30(b)(6);

WHEREAS, on October 3, 2017 (*see* Dkt. No. 352), the Court entered the parties' stipulation allowing Oracle to complete its discovery of Charter no later than October 20, 2017;

WHEREAS, Oracle set Ms. McDevitt's deposition for October 17, 2017;

WHEREAS, Ms. McDevitt notified the parties' counsel on October 13, 2017, that she unexpectedly needed to undergo an urgent surgical procedure the week of October 17, 2017, and, for this reason, needed to postpone her deposition;

WHEREAS, Oracle represents that Ms. McDevitt has agreed to appear for deposition on November 16, 2017; and

WHEREAS, HPE does not object to Ms. McDevitt's deposition proceeding on November 16, 2017, given her stated medical condition;

WHEREAS, the parties stipulate that this agreement will not be used by either side as a basis to seek an order extending discovery or creating other exceptions to the discovery cutoff for any other reason;

NOW, THEREFORE, the parties hereby stipulate and request that the Court amend its October 3, 2017 order so as to allow the deposition of Betsy McDevitt, former employee of Charter Communications, to proceed after the October 2, 2017 fact discovery cutoff, and, specifically, on November 16, 2017.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

*[signature]*

DATED: October 27, 2017

The Honorable Jon S. Tigar
United States District Judge

Respectfully submitted,

DATED: October 26, 2017         CRONE HAWXHURST LLP


By  /s/ Daryl M. Crone
    Daryl M. Crone
    Attorneys for Plaintiffs
    ORACLE AMERICA, INC. and
    ORACLE INTERNATIONAL CORPORATION

DATED: October 26, 2017         GIBSON, DUNN & CRUTCHER LLP


By  /s/ Joseph Gorman
    Joseph Gorman
    Attorneys for Defendant
    HEWLETT PACKARD ENTERPRISE CO.

CRONE HAWXHURST LLP
11111 SANTA MONICA BOULEVARD, SUITE 620
LOS ANGELES, CALIFORNIA 90025
Tel: (310) 893-5150 • Fax: (310) 893-5195