| | |
|---|---|
| LATHAM & WATKINS LLP<br>   Christopher S. Yates (SBN 161273)<br>   Christopher B. Campbell (SBN 254776)<br>   Brittany N. Lovejoy (SBN 286813)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br>Email:  chris.yates@lw.com<br>          christopher.campbell@lw.com<br>          brittany.lovejoy@lw.com<br>          alexander.reicher@lw.com<br><br>Attorneys for Plaintiffs<br>Oracle America, Inc., and Oracle<br>International Corporation | JEFFREY T. THOMAS, SBN 106409<br>   jtthomas@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>Facsimile: 949.451.4220<br><br>SAMUEL LIVERSIDGE, SBN 180578<br>   sliversidge@gibsondunn.com<br>BLAINE H. EVANSON, SBN 254338<br>   bevanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Attorneys for Defendant<br>Hewlett Packard Enterprise Co. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation<br><br>               Plaintiffs,<br><br>   v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; and DOES 1–50,<br><br>               Defendants. | CASE NO. 3:16-cv-01393-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER BY PLAINTIFFS ORACLE AMERICA INC. AND ORACLE INTERNATIONAL CORPORATION AND DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY TO EXTEND EXPERT DISCOVERY** |

Plaintiffs Oracle America, Inc. and Oracle International Corporation (together "Oracle") and Defendant Hewlett Packard Enterprise Company ("HPE") (together, the "Parties") submit the following joint stipulation and request that the Court permit a short continuance of the expert discovery deadlines in this matter:

WHEREAS, the deadline for expert disclosures was November 1, 2017 (Dkt. No. 312);

WHEREAS, the Parties exchanged expert reports on November 1, 2017, including Oracle's Expert Report of James Pampinella;

WHEREAS, the current deadline for rebuttal expert reports is December 18, 2017 (*id.*);

WHEREAS, the current expert discovery deadline is January 15, 2018 (*id.*);

WHEREAS, on December 8, 2017, Oracle served upon HPE an Amended Expert Report of James Pampinella;

WHEREAS, the Parties agree that additional time is needed to complete expert discovery as a result of Oracle's service of the December 8 Amended Expert Report of James Pampinella;

WHEREAS, prior orders issued by Judge Laporte and this Court permitted the Parties to take limited additional discovery after the fact discovery deadline with respect to Oracle's hardware displacement claims and Oracle's claims regarding HPE direct-support customers, and the Parties are continuing to meet and confer with respect to that discovery;

WHEREAS, the Parties reserve their rights in all respects regarding potential future amendments to expert reports; in particular, Oracle reserves the right to amend its expert disclosures with respect to Oracle's hardware displacement claims and Oracle's claims regarding HPE direct-support customers, and HPE reserves the right to argue whether and to what extent such amendments are justifiable or should be allowed;

WHEREAS, good cause therefore exists to alter the expert discovery deadlines;

NOW, THEREFORE, the Parties hereby stipulate and request that the Court alter the expert discovery deadlines in order to permit the Parties to exchange expert discovery in the manner described below:

(i) Oracle shall be permitted to serve the Amended Report of James Pampinella on December 8, 2017;

1

(ii) The deadline for rebuttal expert reports shall be extended to January 11, 2018;

(iii) The Parties shall meet and confer prior to making any further amendments to their expert reports;

(iv) Expert discovery shall be extended to close on February 15, 2018.

**IT IS SO STIPULATED.**

Dated: December 15, 2017         GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *Samuel G. Liversidge*
      Samuel G. Liversidge
      Attorneys for Defendant
      Hewlett Packard Enterprise Company

Dated: December 15, 2017         LATHAM & WATKINS LLP

By:   /s/ *Christopher S. Yates*
      Christopher S. Yates
      Attorneys for Plaintiffs
      Oracle America, Inc. and Oracle International Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 18, 2017         By: _____
      THE HONORABLE JON S. TIGAR
      UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

I, Christopher S. Yates, am the ECF User whose identification and password are being used to file the foregoing letter. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: December 15, 2017

LATHAM & WATKINS LLP

By:   */s/ Christopher S. Yates*
      Christopher S. Yates
      Attorneys for Plaintiffs
      Oracle America, Inc. and Oracle International Corporation