LATHAM & WATKINS LLP
   Christopher S. Yates (SBN 161273)
   Christopher B. Campbell (SBN 254776)
   Brittany N. Lovejoy (SBN 286813)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com
       christopher.campbell@lw.com
       brittany.lovejoy@lw.com
       alexander.reicher@lw.com

Attorneys for Plaintiffs
Oracle America, Inc., and Oracle
International Corporation

JEFFREY T. THOMAS, SBN 106409
   jtthomas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

SAMUEL LIVERSIDGE, SBN 180578
   sliversidge@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
   bevanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
Hewlett Packard Enterprise Co.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation<br><br>       Plaintiffs,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; and DOES 1–50,<br><br>       Defendants. | CASE NO. 3:16-cv-01393-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER BY PLAINTIFFS ORACLE AMERICA INC. AND ORACLE INTERNATIONAL CORPORATION AND DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY REGARDING CASE SCHEDULE** |

Plaintiffs Oracle America, Inc. and Oracle International Corporation (together "Oracle") and Defendant Hewlett Packard Enterprise Company ("HPE") (together, the "Parties") submit the following joint stipulation and request that the Court make certain adjustments to the current case schedule, as detailed below:

WHEREAS, the Court entered a Scheduling Order on August 8, 2017 (Dkt. No. 312) (hereafter, "Scheduling Order") setting a trial date for October 29, 2018;

WHEREAS, due to certain conflicts, including conflicts in the calendar of HPE's lead trial counsel, HPE requested that Oracle agree to a short continuance of the trial date to a date in early 2019 (ideally late February or March);

WHEREAS, Oracle agreed to a short continuance provided that it works with the Court's schedule and does not result in a trial date later than March 2019;

WHEREAS, the Parties contacted the Court and understand that the Court has availability in early 2019;

WHEREAS, the Parties agree to a trial date of March 4, 2019, and a pre-trial conference date of February 8, 2019, subject to the Court's availability;

WHEREAS, the Parties also intend to file motions challenging the testimony of the other Party's expert(s) before trial, and believe that setting a briefing schedule for such motions will assist with the orderly preparation of this case for trial;

WHEREAS, the Parties agree to the following briefing schedule and hearing date for pretrial motions challenging under Federal Rule of Evidence 702 the opinions of expert witnesses served on or before the date of this Order: (1) motions shall be filed on or before June 27, 2018 with a noticed hearing date of August 16, 2018; (2) oppositions to the motions shall be filed on or before July 25, 2018; and (3) replies in support of the motions shall be filed on or before August 9, 2018;

WHEREAS, the Parties' agreement herein is not intended to limit the Parties' ability to raise any challenges to expert testimony during pretrial proceedings or during trial, to the extent such challenges would otherwise be permitted under applicable law;

WHEREAS, the Parties have met and conferred and agreed upon the following revised deadlines:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Deadline to file dispositive motions | February 28, 2018 | February 28, 2018 |
| Dispositive motion oppositions due | April 27, 2018 | April 27, 2018 |
| Dispositive motion replies due | May 25, 2018 | May 25, 2018 |
| Pretrial motions challenging expert testimony under FRE 702 due | None set. | June 27, 2018 |
| Oppositions to pretrial motions challenging expert testimony due | None set. | July 25, 2018 |
| Replies in support of pretrial motions challenging expert testimony due | None set. | August 9, 2018 |
| Hearing on pretrial motions challenging expert testimony | None set. | August 16, 2018 at 2:00 p.m. |
| Pretrial conference statement due | July 23, 2018 | January 29, 2019 |
| Pretrial conference | September 7, 2018 at 2:00 p.m. | February 8, 2019 at 2:00 p.m. |
| Trial | October 29, 2018 at 8:30 a.m. | March 4, 2019 at 8:30 a.m. |

NOW, THEREFORE, good cause shown, the parties hereby respectfully request that the Court:

(1) Modify the Scheduling Order (Dkt. No. 312), and adopt the revised deadlines shown above.

1  **IT IS SO STIPULATED.**

3  Dated: May 23, 2018                    GIBSON, DUNN & CRUTCHER LLP

                                          By:  /s/ Samuel G. Liversidge
                                               Samuel G. Liversidge
                                               Attorneys for Defendant
                                               Hewlett Packard Enterprise Company


8  Dated: May 23, 2018                    LATHAM & WATKINS LLP

                                          By:  /s/ Christopher S. Yates
                                               Christopher S. Yates
                                               Attorneys for Plaintiffs
                                               Oracle America, Inc. and Oracle International
                                               Corporation


13 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15 Dated: May 23, 2018                    By: _____
                                               THE HONORABLE JON S. TIGAR
                                               UNITED STATES DISTRICT JUDGE

## SIGNATURE ATTESTATION

I, Samuel G. Liversidge, am the ECF User whose identification and password are being used to file the foregoing letter. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: May 23, 2018

LATHAM & WATKINS LLP

By: /s/ *Samuel G. Liversidge*
Samuel G. Liversidge
Attorneys for Defendant
Hewlett Packard Enterprise Company