| | |
|---|---|
| LATHAM & WATKINS LLP<br>   Christopher S. Yates (SBN 161273)<br>   Christopher B. Campbell (SBN 254776)<br>   Brittany N. Lovejoy (SBN 286813)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br>Email:  chris.yates@lw.com<br>         christopher.campbell@lw.com<br>         brittany.lovejoy@lw.com<br><br>Attorneys for Plaintiffs<br>Oracle America, Inc., and Oracle<br>International Corporation | JEFFREY T. THOMAS, SBN 106409<br>   jtthomas@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>Facsimile: 949.451.4220<br><br>SAMUEL LIVERSIDGE, SBN 180578<br>   sliversidge@gibsondunn.com<br>BLAINE H. EVANSON, SBN 254338<br>   bevanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Attorneys for Defendant<br>Hewlett Packard Enterprise Co. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation<br><br>               Plaintiffs,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; and DOES 1–50,<br><br>               Defendants. | CASE NO. 3:16-cv-01393-JST<br><br>**STIPULATED REQUEST TO ENLARGE TIME AND SET SCHEDULE FOR BILL OF COSTS AND ATTORNEYS' FEES BRIEFING AND [PROPOSED] ORDER** |

      Pursuant to Civil Local Rules 6-2 and 54-5, Plaintiffs Oracle America, Inc. and Oracle International Corporation (together "Oracle") and Defendant Hewlett Packard Enterprise Company

("HPE") (together, the "Parties") hereby submit this stipulated request to enlarge the time set for HPE's Bill of Costs and any briefing on attorney's fees and related nontaxable expenses as follows:

WHEREAS, on January 29, 2019, the Court issued an order granting HPE's motion for summary judgment and denying Oracle's cross-motion for summary judgment (ECF No. 881);

WHEREAS, the Court vacated all pending deadlines and hearings in this action, as well as the trial date (*id.*);

WHEREAS, HPE intends to file a motion asking the Court to determine that it is the prevailing party and for an award of full costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

WHEREAS, Oracle intends to oppose any such motion and file a Notice of Appeal;

WHEREAS, Civil Local Rule 54-1(a) states that "[n]o later than 14 days after entry of judgment or order under which costs may be claimed, a prevailing party claiming taxable costs must serve and file a bill of costs" and that "[t]he bill must state separately and specifically each item of taxable costs claimed";

WHEREAS, Civil Local Rule 54-5 states that: "[u]nless otherwise ordered by the Court after a stipulation to enlarge time under Civil L.R. 6-2 or a motion under Civil L.R. 6-3, motions for awards of attorney's fees by the Court must be served and filed within 14 days of entry of judgment by the District Court";

WHEREAS, the Parties agree that the following briefing schedule would allow the parties to prepare the Bill of Costs and HPE's intended motion for attorney's fees and related nontaxable expenses in a way that would be most useful to the Court and would also allow the Parties to "meet and confer for the purpose of resolving all disputed issues relating to attorney's fees" (Civil L.R. 54-5(a));

WHEREAS, the Parties agree that HPE shall file its Bill of Costs under Local Rule 54-1 and motion for attorney's fees and related nontaxable expenses under Local Rule 54-5 no later than 30 days after the entry of final judgment in this action;

WHEREAS, the Parties agree that Oracle shall file its objections to HPE's Bill of Costs and its opposition to HPE's motion for attorney's fees and related nontaxable expenses no later than 30 days after HPE files its Bill of Costs and motion;

WHEREAS, the Parties agree that HPE shall file its reply brief in support of its motion for attorney's fees and related nontaxable expenses no later than 21 days after Oracle files its opposition;

WHEREAS, the Parties agree that if any of the stipulated deadlines fall on a holiday or weekend, that deadline shall be extended to the next regular Court day;

WHEREAS, other than setting the briefing deadlines above, nothing in this stipulation waives or in any way affects any procedural or substantive argument that either Party may make in relation to the issue of costs or fees in this matter.

NOW, THEREFORE, the parties respectfully request that the Court allow the Parties to proceed in accordance with the briefing schedule described above.

**IT IS SO STIPULATED AND REQUESTED.**

Dated: February 13, 2019    GIBSON, DUNN & CRUTCHER LLP

By: */s/ Blaine H. Evanson*
Blaine H. Evanson
Attorneys for Defendant
Hewlett Packard Enterprise Company

Dated: February 13, 2019    LATHAM & WATKINS LLP

By: */s/ Christopher S. Yates*
Christopher S. Yates
Attorneys for Plaintiffs Oracle America, Inc. and
Oracle International Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 14, 2019

The Honorable Jon S. Tigar
United States District Judge