UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; and DOES 1-50,<br><br>Defendants. | CASE NO. 3:16-cv-01393-JST<br><br>[PROPOSED] FINAL JUDGMENT |

Gibson, Dunn & Crutcher LLP

Pursuant to the Court's Order Granting Defendant Hewlett Packard Enterprise Company's ("HPE") Motion for Summary Judgment and Denying Plaintiffs Oracle America, Inc. and Oracle International Corporation's (together, "Oracle") Cross-Motion, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

Final judgment is entered in favor of HPE and against Oracle on all of Oracle's claims: direct, contributory, and vicarious copyright infringement; intentional interference with contract; intentional interference with prospective economic relations; and unfair competition.  Oracle is entitled to no relief on Oracle's claims.

**IT IS SO ORDERED.**

Dated:   February 20, 2019

_____
Honorable Jon S. Tigar
United States District Judge