| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | **BILL OF COSTS** *Please follow the instructions on page 3 when completing this form.* | | **COURT USE ONLY** OBJECTION DEADLINE: OBJECTION FILED: YES ☐     No ☐ |
|---|---|---|---|
| 1. CASE NAME  *Oracle America, Inc., et. al. v. Hewlett Packard Enterprise Company* | 2. CASE NUMBER  3:16-cv-01393-JST | 3. DATE JUDGMENT ENTERED  February 20, 2019 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED  Plaintiff (Oracle) |
| 5. NAME OF CLAIMING PARTY  Hewlett Packard Enterprise Company | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE")  Gibson, Dunn & Crutcher, LLP (Samuel Liversidge) | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                    (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | | | | | |
| Service of Process, Civil LR 54-3(a)(2) | | | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | $522.45 | Samplin Decl. ¶ 4, Ex. A (Hrg. Tr. Invoices) | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $120,271.30 | Samplin Decl. ¶¶ 6-8, Ex. B (Dep. Tr. Invoices) | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | $17,708.30 | Samplin Decl. ¶¶ 6-8, Ex. B (Dep. Tr. Invoices) | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Visual aids, Civil LR 54(d)(5) | | | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $145.56 | Witness Fees/Expenses Computation Worksheet; Samplin Decl. ¶¶ 10-11, Ex. C (Witness fee invoices and travel mileage documentation) | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | $138,647.61 | | $ 0.00 | $ 0.00 | |

**9. ADDITIONAL COMMENTS, NOTES, ETC:**

**10. AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party:**
SIGNATURE: /s/ Samuel G. Liversidge    DATE: March 22, 2019

**11. Costs are taxed in the amount of**                        and included in the judgment.
Susan Y. Soong
Clerk of Court
BY:                            , Deputy Clerk    DATE:

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME, CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| Ty Swartout (Witness for Boeing Co.) | 1 | $40.00 | | | | | $40.00 |
| Miriam Wagner, Evanston, Illinois | 1 | $40.00 | | | 18 Miles | $21.00 | $61.00 |
| Rhonda Halter, Albany, Oregon | | | | | 43.1 Miles | $44.56 | $44.56 |
| | | | | | | | |
| | | | | | TOTAL WITNESS FEES/EXPENSES | | $ 145.56 |