UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>        Defendant. | Case No. 16-cv-01393-JST<br><br>**ORDER RE: ORDER DENYING DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND GRANTING PLAINTIFFS' CROSS-MOTION**<br><br>Re: ECF No. 991 |

The Court has restricted public access to the order denying defendant Hewlett Packard Enterprise Company's motion for summary judgment and granting plaintiffs' cross-motion, ECF No. 991, because it contains or refers to material subject to sealing orders. Within seven days of the date of this order, the parties shall file either (1) a stipulated proposed redacted version of the order, redacting only those portions of the order containing or referring to material for which the Court has granted a motion to seal and which the parties still request be sealed, or (2) a stipulation that the parties agree that no redaction is necessary. If the parties propose redactions, they shall also email a PDF copy of the proposed redacted order, without any ECF headers, to jstpo@cand.uscourts.gov. The Court will review the parties' proposal and issue a redacted version of the order. If the parties stipulate that no redaction is necessary, or if they fail to file a timely stipulation, the Court will allow full access by the public to the unredacted order by removing the restrictions on ECF No. 991.

**IT IS SO ORDERED.**

Dated: June 4, 2021

                                                            JON S. TIGAR
                                                     United States District Judge