1

2

3

4              UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7    ORACLE AMERICA, INC., et al.,        Case No. 16-cv-01393-JST

8              Plaintiffs,                **ORDER CONTINUING TRIAL AND
                                          PRETRIAL CONFERENCE;**
9         v.                              **SCHEDULING ORDER; ORDER RE
                                          FURTHER BRIEFING**
10   HEWLETT PACKARD ENTERPRISE
     COMPANY,
11
               Defendant.
12

13        The Court regrets that it will not be able to proceed with trial in this matter on November

14   29, 2021 as scheduled.  The Court is now engaged in the trial of a different matter that will not

15   conclude until the week of December 10, 2021.  The work associated with that trial will also

16   prevent the Court from being adequately prepared for the pretrial conference scheduled for

17   November 12, 2021.

18        The trial of this matter is continued to May 23, 2022 at 8:00 a.m.  The pretrial conference

19   is continued to April 15, 2022 at 2:00 p.m.  The Court will endeavor to resolve the parties'

20   motions in limine before the pretrial conference, in approximately the order the parties have asked

21   they be decided.  *See* ECF Nos. 1146, 1147.

22        The Court sets a further pretrial conference for January 2, 2022.  The purpose of that

23   conference will be to discuss the progress of the parties' ADR efforts.

24        The Court notes that the parties continue to file briefs on issues that might arise at trial, not

25   in the form of motions and well past the deadline for any such briefs.  *See, e.g.*, ECF No. 1150.

26   / / /

27   / / /

28   / / /

United States District Court
Northern District of California

Until further court order, no party shall file a brief or motion on any topic other than scheduling without prior leave of court.

**IT IS SO ORDERED.**

Dated:  November 10, 2021



JON S. TIGAR
United States District Judge