UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORACLE AMERICA, INC., et al., | Case No. 16-cv-01393-JST |
|---|---|
| Plaintiffs, | |
| v. | **ORDER RE EXCERPTS OF THE DEPOSITION OF BETSY McDEVITT** |
| HEWLETT PACKARD ENTERPRISE COMPANY, | Re: ECF No. 1291 |
| Defendant. | |

The Court now rules as follows concerning the deposition testimony of witness Betsy McDevitt. *See* ECF No. 1291. The Court omits the substance of the objections and responses for the sake of brevity.

| Designation | Counter-Designation | Ruling |
|---|---|---|
| 77:3-25 | 24:5-10 | Overruled |

**IT IS SO ORDERED.**

Dated: June 6, 2022



JON S. TIGAR
United States District Judge