UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC., et al.,

    Plaintiffs,

v.

HEWLETT PACKARD ENTERPRISE COMPANY,

    Defendant.

Case No. 16-cv-01393-JST

**ORDER RE EXCERPTS OF THE DEPOSITIONS OF GARY MILLER AND JASON TAYLOR**

Re: ECF No. 1304

The Court now rules as follows concerning the deposition testimony of witnesses Gary Miller and Jason Taylor, and associated deposition exhibits. *See* ECF No. 1304. The Court omits the substance of the objections and responses for the sake of brevity.

**Witness Gary Miller**

| Designation | Counter-Designation | Ruling |
|---|---|---|
| 95:20-25 | | Overruled |
| 96:1-10 | | Overruled |
| 116:16-24 | | Overruled |
| 117:23-25 | | Overruled |
| 118:1-3, 6-7 | | Overruled |
| 295:1-15 | | Sustained. The jury will also hear the testimony at lines 295:16-17 and 295:20-24. Because the effect of the Court's order is merely to ensure that the complete question and answer are included, the entirety of this portion will be charged against HPE's time. |

| Designation | Counter-Designation | Ruling |
|---|---|---|
| 296:1-10, 296:13-25 | | The jury will also hear the testimony at lines 296:13-14.  Although HPE states that the omitted lines have been added, they are not included in the excerpts provided to the Court.  The remaining objections are overruled. |
| 297:1-6, 297:9-12, 297:16-23 | | Overruled |
| 298:2-25 | | Overruled |

| Trial Exh. No. | HPE Depo Exh. No. | Ruling |
|---|---|---|
| 2647 | 890 | Overruled |

### Witness Jason Taylor

| Designation | Counter-Designation | Ruling |
|---|---|---|
| 26:5-8, 26:11-25, 27:1, 27:4-13, 27:16-19 | | Overruled |
| 41:23-25 | | Overruled |
| 42:1-11, 42:14 | | Overruled |
| 45:3-8, 45:11 | | Overruled |
| 111:2-8, 111:10-18 | | Overruled |
| 187:1-6 | | Sustained |

| Trial Exh. No. | HPE Depo Exh. No. | Ruling |
|---|---|---|
| 2395 | 613 | Sustained |

**IT IS SO ORDERED.**

Dated:  June 7, 2022



JON S. TIGAR
United States District Judge