UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 4:16-cv-01393-JST
Case Name: Oracle America, Inc.v. Hewlett Packard Enterprise Company

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | Sarah Ray<br>Alexander Epstein<br>Kevin Wu<br>Chris Yates<br>Abigail Parr<br>Peter Calello<br>Jeffrey Ross – Oracle in-house counsel | Jeff Thomas<br>Sam Liversidge<br>Sarah Kushner<br>Veronica Moye<br>Courtney Spears<br>Casey McCraken<br>Vaishali Udupa – VP, AGC Litigation |
| TRIAL DATE:<br>June 7, 2022 | REPORTER:<br>Pamela Batalo-Hebel | CLERK:<br>Kelly Collins |
| TIME IN COURT:<br>4 hours, 34 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:02 am | | | **Court is reconvened. Matters discussed outside the presence of the jury.** | |
| 1194 | | 6/7/2022 | X | X | Quinn Letter. | |
| 1962 | | 6/7/2022 | X | X | Discovery documents. | |
| 1965 | | 6/7/2022 | X | X | Discovery documents. | |
| 1965A | | 6/7/2022 | X | X | Discovery documents. | |
| 1965F | | 6/7/2022 | X | X | Discovery documents. | |
| 1966 | | 6/7/2022 | X | X | Discovery documents. | |
| | | 8:27 | | | Court in recess. | |
| | | 8:35 | | | Court is reconveyed. Jury is present. | |
| | | 8:37 | | | Direct examination of witness **Lynn Farlin** by Ms. Moye resumes. | |
| | | 8:40 | | | Exhibit 1050, previously marked and admitted used in conjunction with this defendant | |
| | | 8:46 | | | Exhibit 1080 previously marked and admitted used in conjunction with this defendant. | |
| | 2058 | 8:52 | X | | Email dated 4/12/2012 from John Gunther to Ken Rief. | |
| | | 8:53 | | | Sidebar begins. | |
| | | 8:54 | | | Sidebar ends. | |
| | | 8:54 | | | Direct examination of witness **Lynn Farlin** by Ms. Moye resumes. | |

1

Case No: 4:16-cv-01393-JST
Case Name: Oracle America, Inc. v. Hewlett Packard Enterprise Company
Date: June 7, 2022
Courtroom Deputy: Kelly Collins     Court Reporter: Pamela Batalo-Hebel

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:58 | | | Sidebar begins. | |
| | | 9:04 | | | Sidebar ends. | |
| | | 9:04 | | | Direct examination of witness **Lynn Farlin** by Ms. Moye resumes. | |
| | 2302 | 6/7/2022 | X | X | Email dated 8/12/2021 from Amy Eakins to multiple addresses. | |
| | 3226 | 6/7/2022 | X | | Email dated 9/11/2013 from Larry Quinn to Lynn Farlin. | |
| | | 9:18 | | | Sidebar begins. | |
| | | 9:24 | | | Sidebar ends. | |
| | | 9:24 | | | Direct examination of witness **Lynn Farlin** by Ms. Moye resumes. | |
| | 2094 | 6/7/2022 | X | X | Change Order #1 to Hewlett-Packard Services Statement of Work for Subcontracting of Solutions & Projects. | |
| | 3612 | 6/7/2022 | X | X | Hewlett-Packard Company Statement of Work for Subcontracting of Repair Services. | |
| | 2143 | 6/7/2022 | X | X | Hewlett-Packard Services Statement of Work for Subcontracting of Solutions & Projects. | |
| | 3225 | 6/7/2022 | X | X | Email dated 5/16/2015 from Ken Schweigler to Marvin Houston; Carl Zieminski. | |
| | 2035 | 6/7/2022 | X | | Letter dated 4/24/2013 from Martin Hodgett to Jay Conner. | |
| | 2031 | 6/7/2022 | X | X | Attachment - Change Request Form. | |
| | 3248 | 6/7/2022 | X | X | Attachment 3 – Change Request Form. | |
| | | 9:56 | | | Sidebar begins. | |
| | | 9:58 | | | Sidebar ends. | |
| | | 9:58 | | | Court reads jury instruction to jury. | |
| | | 10:00 | | | Jury in recess. Matters discussed outside the presence of the jury. | |
| | | 10:12 | | | Court in recess. | |
| | | 10:27 | | | Court reconvened. Matters discussed outside the presence of the jury. | |
| | | 10: 30 | | | Jury present. | |
| | | 10:30 | | | Direct examination of witness **Lynn Farlin** by Ms. Moye resumes. | |

Case No: 4:16-cv-01393-JST
Case Name: Oracle America, Inc. v. Hewlett Packard Enterprise Company
Date: June 7, 2022
Courtroom Deputy: Kelly Collins     Court Reporter: Pamela Batalo-Hebel

### EXHIBIT and WITNESS LIST CONTINUED

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 10:34 |  |  | Cross examination of witness **Lynn Farlin** by Ms. Ray begins. |  |
| 3497 |  | 6/7/2022 | X | X | Hewlett-Packard Services Statement of Work for Subcontracting of Solutions & Projects. |  |
|  |  | 10:50 |  |  | Exhibit 1074 previously marked and admitted used in conjunction with this defendant. |  |
|  |  | 10:58 |  |  | Exhibit 1050 previously marked and admitted used in conjunction with this defendant. |  |
| 1490 |  | 6/7/2022 | X |  | Hewlett-Packard's First Amended Complaint for Injunctive Relief and Damages for Copyright Infringement. |  |
|  |  | 11:04 |  |  | Sidebar begins. |  |
|  |  | 11:07 |  |  | Sidebar ends. |  |
|  |  | 11:07 |  |  | Cross examination of witness **Lynn Farlin** by Ms. Ray resumes. |  |
|  |  | 11:27 |  |  | Exhibit 1491 previously marked and admitted used in conjunction with this defendant. |  |
|  |  | 11:28 |  |  | Cross examination of witness **Lynn Farlin** by Ms. Ray ends. |  |
|  |  | 11:29 |  |  | Redirect examination of witness **Lynn Farlin** by Ms. Moye. |  |
|  |  | 11:40 |  |  | Recross examination of witness **Lynn Farlin** by Ms. Ray. |  |
|  |  | 11:43 |  |  | Re-redirect examination by Ms. Moye ends. Witness stepped down. |  |
|  |  | 11:44 | X | X | Exhibits 3574 and 2916 read into the docket by Mr. McCracken |  |
|  |  | 11:52 |  |  | Witness **Ty Swartout** called to the stand and sworn for testimony. Direct examination by Mr. Liversidge. |  |
|  |  | 12:05 pm |  |  | Jury in recess. Matters discussed outside the presence of the jury. |  |
|  |  | 12:06 |  |  | Court in recess. |  |
|  |  | 12:25 |  |  | Court reconvened. Jury present. Direct examination of witness **Ty Swartout** by Mr. Liversidge resumes. |  |
|  | 2947A | 6/7/2022 | X | X | Email dated 1/27/2016 from Ty Swartout to multiple emails. |  |
|  | 2949 | 67/2022 | X | X | Email dated 3/23/2015 from Ty Swartout to multiple emails. |  |
|  |  | 12:50 |  |  | Cross examination of witness **Ty Swartout** by Mr. Yates. |  |
|  |  | 1:07 |  |  | Redirect Direct examination of witness **Ty Swartout** by Mr. Liversidge. |  |

Case No: 4:16-cv-01393-JST
Case Name: Oracle America, Inc. v. Hewlett Packard Enterprise Company
Date: June 7, 2022
Courtroom Deputy: Kelly Collins     Court Reporter:  Pamela Batalo-Hebel

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:10 | | | No recross examination. Witness stepped down. | |
| | | 1:11 | | | Deposition testimony of witness **David Matuszewski** begins. | |
| | | 1:21 | | | Deposition testimony of witness **David Matuszewski** ends. | |
| | | 1:21 | | | Deposition testimony of witness **Debbie Hanlon** begins. | |
| | | 1:24 | | | Deposition testimony of witness **Debbie Hanlon** ends. | |
| | 2418 | 6/7/2022 | | | Conversation with Jason.bristow@oracle.com at 1/29/2013 9:06:21 AM | |
| | 2421A | 6/7/2022 | | | Email dated 2/5/2010 from Gary Walters to multiple email addresses. | |
| | 2439A | 6/7/2022 | | | Email dated 2/16/2021 from Dan Goe to Albert Triola Espigule | |
| | 2442 | 6/7/2022 | | | Email dated 3/1/2013 from Mike Solomon to Dan Goe. | |
| | 2458 | 6/7/2022 | | | Email dated 6/13/2013 from Mike Solomon to Dan Goe. | |
| | 2653 | 6/7/2022 | | | Email dated 7/10/2012 from Kari Swartz to multiple email addresses. | |
| | 2761 | 6/7/2022 | | | Email dated 2/10/2009 from Clint Green to multiple email addresses. | |
| | 2765 | 6/7/2022 | | | Email dated 6/11/2012 from Dan Goe to Jason Bristow. | |
| | 3194A | 6/7/2022 | | | Email dated 2/14/2013 from Dan Goe to Michael Solomon. | |
| | 3230 | 6/7/2022 | | | Email dated 8/3/2011 from Kari Swartz to Charles Rozwar. | |
| | | 1:26 | | | Deposition testimony of witness **Daniel Goe** begins. | |
| | | 1:31 | | | Jury is admonished and excused for the day. | |
| | | 1:31 | | | Matters discussed outside the presence of the jury. | |
| | | 1:34 | | | Court is in recess. Jury trial continued to June 8, 2022, at 8:00 a.m | |