UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>   Defendant. | Case No. 16-cv-01393-JST<br><br>**ORDER RE EXCERPTS OF THE DEPOSITION OF GREG WARSON**<br><br>Re: ECF No. 1308 |

The Court now rules as follows concerning Exhibit 595 to the deposition of Greg Warson. *See* ECF No. 1308. The Court omits the substance of the objection and response for the sake of brevity.

| Trial Exh. No. | HPE Depo Exh. No. | Ruling |
|---|---|---|
| 2605 | 595 | Overruled |

**IT IS SO ORDERED.**

Dated: June 8, 2022



JON S. TIGAR
United States District Judge