UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>    Defendant. | Case No. 16-cv-01393-JST<br><br>**ORDER RE EXCERPTS OF THE DEPOSITION OF JUAN JONES**<br><br>Re: ECF No. 1309 |

The Court now rules as follows concerning the deposition testimony of witness Juan Jones and associated deposition exhibits. *See* ECF No. 1309. The Court omits the substance of the objections and responses for the sake of brevity.

| <u>Designation</u> | <u>Counter-Designation</u> | <u>Ruling</u> |
|---|---|---|
| Global | | Overruled – Mr. Jones is a managing agent within the meaning of Rule 32(a)(3) |
| 54:20-25 | | Overruled |
| 55:1-12, 17-23 | | Overruled |
| 58:8-17 | | Overruled |
| 77:25 | | Overruled |
| 78:1-6 | | Overruled |
| 79:8-20, 22-25 | | Overruled |
| 80:1-12, 22-25 | | Overruled |
| 81:1-4, 20-25 | | Overruled |
| 82:1-10 | | Overruled |

| Designation | Counter-Designation | Ruling |
|---|---|---|
| 166:8-12, 19-25 | | Overruled |
| 167:1-17 | | Overruled |

| Trial Exh. No. | HPE Depo Exh. No. | Ruling |
|---|---|---|
| 2615 | 754 | Overruled |
| 2750 | 774 | Overruled |

**IT IS SO ORDERED.**

Dated:  June 8, 2022



JON S. TIGAR
United States District Judge

2