UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>             Defendant. | Case No. 16-cv-01393-JST<br><br>**ORDER RE EXCERPTS OF THE DEPOSITIONS OF ROBERT DUNN AND DAVID MALICH**<br><br>Re: ECF No. 1310 |

The Court now rules as follows concerning the deposition testimony of witnesses Robert Dunn and David Malich, and associated deposition exhibits. *See* ECF No. 1310. The Court omits the substance of the objections and responses for the sake of brevity.

**Witness Robert Dunn**

| Designation | Counter-Designation | Ruling |
|---|---|---|
| 46:21-25 | 50:17-21; 50:24-51:21; 57:20-58:1 | Overruled |
| 143:19-20, 143:22-25 | 149:11-21; 149:23 | Sustained |

| Trial Exh. No. | HPE Depo Exh. No. | Ruling |
|---|---|---|
| 2627_A | 781 | Overruled |

**Witness David Malich**

| Designation | Counter-Designation | Ruling |
|---|---|---|
| 46:2-8 | | Overruled |

| Designation | Counter-Designation | Ruling |
|---|---|---|
| | 50:1-10; 50:14-51:18; 54:10-13 | Overruled |

**IT IS SO ORDERED.**

Dated: June 8, 2022



_____
JON S. TIGAR
United States District Judge