UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Case No. 16-cv-01393-JST <br><br> **ORDER RE EXCERPTS OF THE DEPOSITIONS OF RICHARD ALLISON** <br><br> Re: ECF No. 1317 |

The Court now rules as follows concerning the deposition testimony of witness Richard Allison. *See* ECF No. 1317. The Court omits the substance of the objections and responses for the sake of brevity.

| Designation | Counter-Designation | Ruling |
|---|---|---|
| 95:15-24 | | Overruled |
| 140:25 | | Overruled |
| 141:1-9, 141:17-25 | | Overruled |
| 142:1-8, 142:10-25 | | Overruled |
| 143:1-6, 143:16-20, 143:3-25 | | Overruled |
| 144:1-6, 144:9 | | Overruled |
| 146:1-5 | | Overruled |
| 154:5-10 | | Overruled |
| 172:1-5, 172:8-9, 172:11-15 | | Overruled |
| 173:4-5 | | Overruled |

| Designation | Counter-Designation | Ruling |
|---|---|---|
| 206:8-13 | | Sustained |
| 208:6-9, 208:12-16, 208:19 | | Sustained |
| 209:1-3, 209:5-6 | | Sustained |

**IT IS SO ORDERED.**

Dated:  June 9, 2022



JON S. TIGAR
United States District Judge