**FILED**

JUN 14 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>　　　　Defendant. | Case No. 16-cv-01393-JST<br><br>**VERDICT FORM** |

　　　We, the jury, duly empaneled and sworn in the above-entitled action, answer the questions posed to us as follows:

**COPYRIGHT INFRINGEMENT CLAIMS**

1.　Did Defendant HPE directly infringe any copyright owned by Plaintiff Oracle?

　　Yes __✓__　　　　No _____

　　Please answer Question 2.

2.　Did Terix directly infringe any copyright owned by Plaintiff Oracle?

　　Yes __✓__　　　　No _____

　　If you answered "yes" to Question 2, please answer Question 3. If you answered no to Question 2, but yes to Question 1, please answer Question 5. If you answered "no" to Questions 1 and 2, please skip Questions 3, 4, and 5, and answer Question 6.

3. Did Defendant HPE vicariously infringe any copyright owned by Plaintiff Oracle?

   Yes ✓       No _____

   Please answer Question 4.

4. Did Defendant HPE contributorily infringe any copyright owned by Plaintiff Oracle?

   Yes _____    No ✓

   If you answered "yes" to Questions 1, 3, or 4, please answer Question 5. If you answered "no" to Questions 1, 3, and 4, please skip Question 5 and answer Question 6.

5. What is the total amount of damages you award to Plaintiff Oracle for Defendant HPE's copyright infringement?

   $ 30 million

   Please answer Question 6.

### INTENTIONAL INTERFERENCE CLAIMS

6. Did Defendant HPE engage in intentional interference with Oracle's contractual relationships with the customers at issue?

   Yes ✓       No _____

   Please answer Question 7.

7. Did HPE engage in intentional interference with Oracle's prospective economic relationships with the customers at issue?

   Yes ✓  No _____

   If you answered "yes" to Questions 6 and/or 7, please answer Question 8. If you answered "no" to Questions 6 and 7, please stop here, answer no further questions, and have the presiding juror sign and date this form.

2

8. What are Oracle's damages for the interference claims described in Questions 6 and 7?

$ 24 million

Please answer Question 9.

9. Did Defendant HPE engage in the interference conduct described in Questions 6 and/or 7 with malice, oppression, or fraud?

Yes _____ No ✓

If you answered "yes" to Question 9, please answer Question 10. If you answered "no" to Question 9, please stop here, answer no further questions, and have the presiding juror sign and date this form.

10. Was the conduct constituting malice, oppression, or fraud committed by one or more officers, directors, or managing agents of Defendant HPE acting on behalf of HPE?

Yes _____ No ✓

Please have the presiding juror sign and date this form.

Dated: 6/14/2022        Signed: Anne Beard
                                Presiding Juror

3