UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number: 16-cv-01393-JST

Case Name: Oracle v HP

NOTE FROM THE JURY

Note number: 1

Date: 6/13/22

Time: 1:22 pm

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question:

Presiding (foreperson): Anne Beard

Time line —
6/13 to 2:00 pm
6/14 8am — 2:30 pm

↗
Same —
wait to see
progress.

_____
Presiding Juror

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number: 16-CV-01393-JST

Case Name: Oracle v. HP

## NOTE FROM THE JURY

Note number: 2

Date: 6/13/22

Time: 1:24 pm.

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question:

① May we please have a copy of 30+ ~~~~ agreed (stipulation of facts) ~~~~ upon facts?

② May we get a copy of the evidence?

_Anne Beard_
Presiding Juror

Received
JUN 14 2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JON S. TIGAR                               Case No. 16-cv-01393-JST

CASE NAME: Oracle America, Inc. v. Hewlett Packard Enterprise Company

NOTE FROM THE JURY

Note No. 3

Date 6/14/22

Time 8:13 a.m.

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Can you provide more clarity about what "ability to supervise or control" an activity means?

_____
Foreperson of the Jury

Members of the jury:
A defendant has the right and ability to supervise a direct infringer when it has both a legal right to stop or limit the ~~direct~~ directly infringing conduct, and the practical ability to do so.

J.S.T.

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number: 16-CV-01393-JST

Case Name: Oracle America v. Hewlett Packard

NOTE FROM THE JURY

Note number: #4

Date: 6/14/22

Time: _____

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question:

May we have Pampinellas (sp.) demonstratives?

Members of the jury:
As I previously instructed you, certain demonstrative exhibits that were used during the witnesses' testimony were not admitted into evidence. The demonstrative exhibits used during James Pampinella's testimony were not admitted into evidence.
　　　　　　J.S.T.

_Anne Beard_
Presiding Juror

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number: 16-CV-01393-JST

Case Name: Oracle America v. Hewlett Packard

NOTE FROM THE JURY

Note number: #5

Date: 6/14/22

Time: 1:46 pm

1. The Jury has reached a unanimous verdict ☒

Or

2. The Jury has the following question:

*Anne Beard*
Presiding Juror