LATHAM & WATKINS LLP
Christopher S. Yates (SBN 161273)
Sarah M. Ray (SBN 229670)
Brittany N. Lovejoy (SBN 286813)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com
       sarah.ray@lw.com
       brittany.lovejoy@lw.com

ORACLE CORPORATION
Dorian Daley (SBN 129049)
Peggy E. Bruggman (SBN 184176)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94065
Telephone: 650.506.4846
Facsimile: 650.506.7114
Email: dorian.daley@oracle.com
       peggy.bruggman@oracle.com

ORACLE CORPORATION
Jeffrey S. Ross (SBN 138172)
10 Van de Graaff Drive
Burlington, MA 01803
Telephone: 781.744.0449
Facsimile: 781.238.6273
Email: jeff.ross@oracle.com

Attorneys for Plaintiffs
Oracle America, Inc. and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; and DOES 1–50,<br><br>Defendants. | CASE NO. 4:16-cv-01393-JST<br><br>[PROPOSED] ORDER GRANTING ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT A TO ORACLE'S SUBMISSION OF RECORD EVIDENCE ESTABLISHING PATCHES CONTAIN PREVIOUSLY REGISTERED CODE |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING ORACLE'S
ADMIN. MOT. TO FILE UNDER SEAL
CASE NO. 4:16-CV-01393-JST

1  Pending before the Court is Plaintiffs Oracle America, Inc. and Oracle International
2  Corporation's (together, "Oracle") Administrative Motion to File Under Seal Portions of Exhibit
3  A to Its Submission of Record Evidence Establishing Patches Contain Previously Registered Code
4  ("Oracle's Submission"). Having considered: (1) Oracle's Administrative Motion to Seal; and (2)
5  the Declaration of Brittany N. Lovejoy in support of Oracle's Administrative Motion to Seal, IT
6  IS HEREBY ORDERED THAT Oracle's Administrative Motion to Seal is GRANTED.
7  The Clerk of the Court shall file the following portions of Exhibit A to Oracle's
8  Submission under seal:

| Portion Containing Confidential Information | Designating Party | Court's Ruling |
|---|---|---|
| Pages 11-15, in their entirety | Oracle | Grant |

**IT IS SO ORDERED.**

Dated: June 15, 2022

By: _____
THE HONORABLE JON S. TIGAR
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING ORACLE'S
ADMIN. MOT. TO FILE UNDER SEAL
CASE NO. 4:16-CV-01393-JST